UNITED STATES DISTRICT COURT
FOR THE DISTIRCT OF COLUMBIA

ROSA HERNANDEZ,     *

    Plaintiff,     *

    v.     *    Civil Action No.: 1:10-cv-01405 (EGS)

BROMLEY, INC.,     *

    Defendant.     *

*  *  *  *  *  *  *  *  *  *  *  *

## NOTICE OF DISMISSAL

Plaintiff Rosa Hernandez ("Hernandez") hereby dismisses her Complaint in this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, each party to bear its own fees and costs.

Dated: September 23, 2010        Respectfully submitted,

                                             Michael E. Veve, DC Bar No. 222679
                                             Lasa, Monroig & Veve, LLP
                                             8300 Greensboro Drive
                                             Suite 800
                                             McLean, Virginia 22102
                                             Phone:  (202) 261-3524
                                             Facsimile:  (202) 261-3514
                                             Email:  meveve@aol.com

                                             *Counsel for Plaintiff*
                                             *Rosa Hernandez*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2010, the foregoing Notice of Dismissal was electronically filed with the Clerk of the Court using the CM/ECF System, which shall give notice of electronic filing to the following counsel of record:

Stephen B. Stern, Esquire
Thompson, Loss & Judge, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 450
Washington, D.C. 20036
sstern@tljlaw.com

*Counsel for Defendant
Bromley, Inc.*

_____
Michael E. Veve